IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03297-PAB-KLM

NAPRx, INC., a Nevada corporation,

    Plaintiff,

v.

AIMS MEDICAL SALES COLLEGE, INC. d/b/a Medical Sales College, a Colorado corporation,
JIM ROGERS, a Colorado resident, and
KIM SMALLEY, a Colorado resident,

    Defendants,

MEDICAL SALES COLLEGE,

    Counterclaim and Third Party Plaintiff,

v.

NAPRx, INC.,

    Counterclaim Defendant,

NAMSR, INC.,
BRIAN S. KENNEDY, and
DOES 1-10,

    Third Party Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Corrected Motion to Dismiss Counter-Claim and Third Party Claim of Counter-Plaintiff/Third Party Plaintiff Medical Sales [Docket No. 49] filed by third party defendants NAMSR, Inc. and Brian S. Kennedy, the Motion to Dismiss Counterclaims [Docket No. 55] filed by plaintiff and counterclaim defendant NAPRx, Inc., and the Motion for Extension of Time to Respond to Motions to Dismiss [Docket No. 65] filed by defendant and counterclaim and third party plaintiff

Aims Medical Sales College, Inc. ("Aims") and defendants Jim Rogers and Kim Smalley.[1]

The present motions to dismiss are directed at the Answer to Amended Complaint and Jury Demand; and Defendants' Counterclaims and Third Party Complaint [Docket No. 16].  On April 20, 2015, Aims, Jim Rogers, and Kim Smalley filed their Amended Answer to Amended Complaint and Jury Demand; and Defendants' Amended Counterclaims and Third Party Complaint [Docket 69], which is now the operative pleading with respect to Aims' counterclaims and third party claims.  As a result, the present motions to dismiss are directed to an inoperative, superseded pleading and are therefore moot.  *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).  It is

**ORDERED** that the Corrected Motion to Dismiss Counter-Claim and Third Party Claim of Counter-Plaintiff/Third Party Plaintiff Medical Sales [Docket No. 49] and the Motion to Dismiss Counterclaims [Docket No. 55] are **DENIED** as moot.  It is further

**ORDERED** that, pursuant to Defendants' Withdrawal of Motion for Extension of Time to Respond to Motions to Dismiss [Docket No. 70], defendants' Motion for Extension of Time to Respond to Motions to Dismiss [Docket No. 65] is deemed withdrawn.

DATED April 21, 2015.

---

[1] Jim Rogers and Kim Smalley do not appear to assert counterclaims or third party claims, but nonetheless join in Aims' motion for extension of time.  *See* Docket No. 69 at 8.