IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03297-PAB-KLM

NAPRX, INC., a Nevada corporation,

    Plaintiff/Counterclaim Defendant,

v.

JIM ROGERS, a Colorado resident, and
KIM SMALLEY, a Colorado resident,

    Defendants,

and

AIMS MEDICAL SALES COLLEGE, INC., a Colorado corporation doing business as Medical Sales College,

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff

v.

NAMSR, INC.,
ERIC REINHARD,
BRIAN S. KENNEDY, and
DOES 1-10,

    Third-Party Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Entry of a Protective Order [#88]**[1] (the "Motion"). In the Motion, Defendants state that Plaintiff does not oppose the Motion but that counsel for Third-Party Defendants "has failed and/or refused to

---

[1] "[#88]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

participate in the submission of a protective order." *Id.* at 2. Defendants attach email correspondence with Third-Party Defendants' counsel showing that Defendants' counsel circulated a proposed protective order on June 8, 2015, and requested input from Third-Party Defendants' counsel on June 11, 2015 and June 15, 2015. *Motion, Ex. B* [#88-2] at 2. The June 8, 2015 email states that the version of the protective order attached to it incorporates changes suggested by Plaintiff's counsel, which indicates that Defendants circulated a proposed protective order earlier than June 8, 2015. *Id.* Defendants' attempts to confer with Third-Party Defendants' counsel meet the requirements of D.C.COLO.LCivR 7.1(a). Further, the Court agrees with Defendants that "[i]f discovery in this case is to move forward, a protective order needs to enter so that no party has an excuse to avoid their discovery obligations." *Motion* [#88] at 2. This is particularly true because "[t]he Rule 26 disclosures in the case were heavily redacted . . . ." *Id.* Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#88] is **GRANTED**.[2] Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#88-1] supplied by Defendants is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: June 22, 2015

---

[2] The Court may rule on a pending motion at any time. D.C.COLO.LCivR 7.1(d).