IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03297-PAB-KLM

NAPRX, INC., a Nevada corporation,

    Plaintiff/Counterclaim Defendant,

v.

JIM ROGERS, a Colorado resident, and
KIM SMALLEY, a Colorado resident,

    Defendants,

and

AIMS MEDICAL SALES COLLEGE, INC., a Colorado corporation doing business as Medical Sales College,

    Defendant/Counterclaim Plaintiff/Third-Party Plaintiff

v.

NAMSR, INC.,
ERIC REINHARD,
BRIAN S. KENNEDY, and
DOES 1-10,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Notice of Settlement** [#116][1].

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for January 26,

---

[1] "[#116]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

2016 at 10:00 a.m. is **VACATED**.

IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **August 11, 2015**.

IT IS FURTHER **ORDERED** that Defendants' Motion for Leave to File Second Amended Answer, Counterclaims and Third Party Claims [#82] and Third Party Defendants NAMSR, Inc. and Brian Kennedy's Motion to Stay Discovery Pending Disposition of Motion to Dismiss [DE 74] [#112] are **DENIED as moot**.

Dated:  July 23, 2015